**Electronically Filed**
**Supreme Court**
**SCPW-25-0000595**
**29-JAN-2026**
**10:46 AM**
**Dkt. 21 ODDP**

SCPW-25-0000595

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

DONALD JEFFRIES, Petitioner,

vs.

THE HONORABLE TRACY S. FUKUI, JUDGE OF THE DISTRICT COURT OF THE
FIRST CIRCUIT, STATE OF HAWAI'I; THE HONORABLE MIRIAH E. HOLDEN,
JUDGE OF THE DISTRICT COURT OF THE FIRST CIRCUIT, STATE OF
HAWAI'I; and THE HONORABLE A.K. THOMAS HAIA, JUDGE OF THE
DISTRICT COURT OF THE FIRST CIRCUIT, STATE OF HAWAI'I,
Respondent Judges,

and

DISTRICT COURT OF THE FIRST CIRCUIT, STATE OF HAWAI'I,
'EWA DIVISION; and THOMAS F. SCHMIDT, Respondents.

_____

ORIGINAL PROCEEDING
(CASE NO. 1DRC-25-0005565)

ORDER DENYING PETITION
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Jackson, assigned by reason of vacancy)

Upon consideration of the petition filed August 29, 2025,

and the record, Petitioner has not demonstrated a clear and

indisputable right to relief nor a lack of alternative means to

obtain the relief sought in the petition.  See Womble Bond

Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023); see also Hawaiʻi Revised Statutes § 604-6 (2016); HRS § 641-1(a) (2016).

It is ordered that the petition is denied.

It is further ordered that the motion for stay is denied as moot, and the request to proceed in forma pauperis is dismissed as moot.

DATED: Honolulu, Hawaiʻi, January 29, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Kauanoe A.D. Jackson